FILED

06/24/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0574

DA 24-0574

IN THE SUPREME COURT OF THE STATE OF MONTANA

2025 MT 135N

JULIETTE R. ANGELO,

      Petitioner and Appellee,

  v.

KELLY A. ALLEN,

      Respondent and Appellant.


APPEAL FROM:   District Court of the Thirteenth Judicial District,
                  In and For the County of Yellowstone, Cause No. DR 23-780
                  Honorable Thomas Pardy, Presiding Judge


COUNSEL OF RECORD:

      For Appellant:

          Kelly A. Allen, Self-Represented, Totowa, New Jersey

      For Appellee:

          Juliette R. Angelo, Self-Represented, Billings, Montana


                  Submitted on Briefs:  June 11, 2025

                          Decided:  June 24, 2025


Filed:

                           _____
                                 Clerk

Justice James Jeremiah Shea delivered the Opinion of the Court.

¶1 Pursuant to Section I, Paragraph 3(c), Montana Supreme Court Internal Operating Rules, this case is decided by memorandum opinion, shall not be cited and does not serve as precedent. Its case title, cause number, and disposition shall be included in this Court's quarterly list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2 Kelly A. Allen appeals from the Thirteenth Judicial District Court, Yellowstone County's August 28, 2024 order affirming the permanent order of protection entered by the Billings Municipal Court on July 11, 2023, and the amended permanent order of protection issued on July 18, 2023. We affirm.

¶3 On June 21, 2023, Juliette R. Angelo petitioned the Billings Municipal Court for an order of protection against Allen. Allen is Angelo's mother, though Angelo had "cut ties" with Allen three years prior due to what she alleged was Allen's abusive and harassing behavior. The Municipal Court granted Angelo a temporary order of protection on June 22, 2023, and set a hearing for July 11, 2023, on a permanent order. After the hearing, the Municipal Court granted the permanent order of protection and then an amended permanent order of protection, prohibiting Allen from coming within 1500 feet of Angelo, from posting on social media regarding Angelo, and ordering Allen to delete all current social media posts "having to do with" Angelo. The orders are in effect for 40 years. Allen appealed the orders to the District Court, which affirmed them on August 28, 2024.

¶4 On appeal, Allen's brief cites a number of cases in support of her argument which might be persuasive if they existed—but they do not. It appears that Allen's brief may have been written with assistance from artificial intelligence ("AI"). Although our current

2

rules do not prohibit the use of AI in drafting briefs, we do require that a party provide accurate citations in support of their arguments. While we consistently make accommodations for self-represented litigants by relaxing the technical and substantive requirements of litigating in this Court, it is reasonable to expect all litigants—including those representing themselves—to adhere to the procedural rules that ensure a fair judicial process. *Cox v. Magers*, 2018 MT 21, ¶ 15, 390 Mont. 224, 411 P.3d 1271 (citation omitted). We have consistently held that when a party fails to support their arguments with sufficient citation to existing authority, we will not develop their analysis for them. *McCulley v. Am. Land Title Co.*, 2013 MT 89, ¶ 20, 369 Mont. 433, 300 P.3d 679. Because Allen fails to sufficiently support her arguments on appeal with citations to existing authority, we decline to consider them.

¶5 We have determined to decide this case pursuant to Section I, Paragraph 3(c) of our Internal Operating Rules, which provides for memorandum opinions. This appeal presents no constitutional issues, no issues of first impression, and does not establish new precedent or modify existing precedent. The Municipal Court's July 11, 2023 permanent order of protection and July 18, 2023 amended permanent order of protection are affirmed.

/S/ JAMES JEREMIAH SHEA

We Concur:

/S/ CORY J. SWANSON
/S/ LAURIE McKINNON
/S/ KATHERINE M BIDEGARAY
/S/ JIM RICE